No. 1041. BASKIN *v.* UNITED STATES. April 27, 1942. Petition for writ of certiorari to the Court of Claims denied. *Mr. Marion W. Seabrook* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Melvin H. Siegel* for the United States.

No. 1042. NAILLING *v.* UNITED STATES. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. L. E. Gwinn* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. John Ford Baecher* for the United States.

No. 1052. HOGUE *v.* DUFFY, WARDEN. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *J. Frank Hogue, pro se. Mr. Earl Warren,* Attorney General of California, for respondent.

No. 1057. INLAND STEEL Co. *v.* LEBOLD ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Carl Meyer, Frederic Burnham,* and *Herbert A. Friedlich* for petitioner. *Messrs. Silas H. Strawn, Frank H. Towner,* and *Arthur D. Welton, Jr.* for respondents.

No. 1077. CASSELL *v.* HOWARD UNIVERSITY. April 27, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Charles S. Baker, Carroll L. Beedy,* and *Benjamin L. Tepper* for petitioner. *Mr. George E. C. Hayes* for respondent.